AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Jeffrey S. | 2. Court or Organization<br><br>U.S. District, Northern Calif | 3. Date of Report<br><br>11/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. District Court, Northern District of Calif.<br>1301 Clay Street<br>Oakland, CA 94612 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer | Univeristy of California, Berkeley Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Orrick, Herrington and Sutcliffe Defined Benefit Plan - Retired Partner |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 11/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan - Dec | Orrick Herrington Defined Benefit Plan | $23,400.00 |
| 2. Jan- Dec | UC Berkeley - School of Law | $7,474.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| White, Jeffrey S. | 11/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Morgan Stanley Bank | Liquidity Access Line | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 2. ISHARES US Consumer Noncyclic | A | Dividend | L | T | Sold (part) | 06/09/17 | J | D | |
| 3. ISHARES US Consumer Cyclic | A | Dividend | L | T | | | | | |
| 4. ISHARES DJ US Energy Sector | B | Dividend | L | T | Sold (part) | 08/25/17 | J | D | |
| 5. ISHARES DJ US Healthcare Sector | B | Dividend | L | T | Sold (part) | 06/09/17 | J | D | |
| 6. Consumer Discrectionary Sector SPDR | B | Dividend | M | T | | | | | |
| 7. Consumer Staples Select Sector SPDR Trust | C | Dividend | M | T | Sold (part) | 08/23/17 | J | D | |
| 8. Health Care Select Sector SPDR | B | Dividend | M | T | Sold (part) | 08/23/17 | K | D | |
| 9. Industrial Select Sector SPDR | B | Dividend | L | T | Sold (part) | 08/23/17 | J | D | |
| 10. SPDR Homebuilders ETF | A | Dividend | | | Sold | 08/23/17 | K | D | |
| 11. Provident Credit Union | A | Interest | J | T | | | | | |
| 12. Orrick Investments 2000 LLC | A | Int./Div. | J | U | | | | | |
| 13. Pollock Montgomery Washington Tower Investors II Partnership | B | Int./Div. | J | U | | | | | |
| 14. Nationwide Life Destination B (2.0) #1 | | None | O | T | | | | | |
| 15. Nationwide Life Destination B (2.0) # 2 | | None | M | T | | | | | |
| 16. Pollock 2007-2008 Independent Investors, LLC | A | Int./Div. | J | U | | | | | |
| 17. JPMorgan 7.9% Preferred | A | Dividend | | | Sold | 06/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NuStar Logistics 7.625% Preferred Notes | A | Interest | | | Sold | 06/09/17 | J | A | |
| 19. Pollock FRB, LLC | A | Int./Div. | M | U | | | | | |
| 20. Morgan Stanley Cash Account | A | Interest | K | T | | | | | |
| 21. SPDR Euro Stoxx 50ETF (FEZ) | A | Dividend | | | Sold | 08/30/17 | J | A | |
| 22. Oppenheimer Developing Mkts Y (ODVYX) | A | Dividend | K | T | | | | | |
| 23. Sellers Ave Invesors LLC | B | Int./Div. | | | Distributed | 06/30/17 | L | | |
| 24. TTLC RIA 2 LLC | E | Int./Div. | M | U | | | | | |
| 25. TTLC Talavera, LLC | B | Int./Div. | M | U | | | | | |
| 26. TTLC Tarob 2, LLC | E | Int./Div. | J | U | | | | | |
| 27. TTLC Tarob 3, LLC | | None | L | U | Buy (add'l) | 12/12/17 | J | | |
| 28. True Life Companies, LLC 6% Note | B | Interest | K | T | | | | | |
| 29. True Life Companies, LLC 8% Note | D | Interest | M | T | | | | | |
| 30. TTLC Lee Farms, LLC | E | Int./Div. | L | U | Buy | 09/01/17 | L | | |
| 31. TTLC Livermore Center, LLC | | None | L | U | Buy | 05/18/17 | L | | |
| 32. TTLC Mirza, LLC | | None | L | U | Buy | 09/30/17 | L | | |
| 33. TTLC Pio Pico, LLC | A | Int./Div. | M | U | Buy | 04/19/17 | L | | |
| 34. Ishares MSCI Japan (EWJ) | A | Int./Div. | | | Buy | 01/25/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/30/17 | J | A | |
| 36. Ishares Russell 2000 ETF (IWM) | A | Int./Div. | | | Buy | 01/25/17 | J | | |
| 37. | | | | | Sold | 08/23/17 | J | | |
| 38. SPRD S&P 500 ETF Trust | A | Int./Div. | | | Buy | 01/25/17 | K | | |
| 39. | | | | | Sold | 08/25/17 | K | B | |
| 40. Morgan Stanley Bank Account | A | Interest | M | T | Open | 06/01/17 | K | | |
| 41. Legg Mason Scholars Choice 529 Age Based Option: Age 10-12 | | None | M | T | Buy | 06/20/17 | L | | |
| 42. Legg Mason Scholars Choice 529 Age Based Option: Age 4-6 | | None | M | T | Buy | 06/20/17 | L | | |
| 43. Legg Mason Scholars Choice 529 Age Based Option: Age 0-3 | | None | M | T | Buy | 06/21/17 | L | | |
| 44. Morgan Stanley IRA # 1 (H) | | | | | | | | | |
| 45. -Bank Deposit Program | A | Interest | N | T | | | | | |
| 46. -Financial Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 47. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 48. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 49. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 50. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 51. -Industrial Select Sect SPDR | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ISHARES FTSE/Xinua China 25 | A | Dividend | K | T | | | | | |
| 53. -ISHARES - MSCI EAFE Index Fund | B | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 54. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 55. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 56. -ISHARES - MSCI Emerging Markets Index | A | Dividend | K | T | | | | | |
| 57. -ISHARES - S&P Europe 350 Index | A | Dividend | K | T | Buy (add'l) | 06/07/17 | J | | |
| 58. -California St CA GO- Taxable 6.2% | C | Interest | L | T | | | | | |
| 59. -Energy Select Sector SPDR | A | Dividend | K | T | Buy (add'l) | 02/13/17 | J | | |
| 60. -Zions Bancorp 4.5% Bond | A | Interest | | | Redeemed | 03/27/17 | K | A | |
| 61. -Calif State Go 5.95% | A | Interest | K | T | | | | | |
| 62. -Bank of America Corp 5.42% Bond | A | Interest | | | Redeemed | 03/15/17 | K | B | |
| 63. -Time Warner Inc 5.85% Bond | A | Interest | | | Redeemed | 04/10/17 | K | | |
| 64. -JP Morgan Chase & Co 2% Bond | A | Interest | | | Redeemed | 08/15/17 | K | | |
| 65. -Cleveland Electric 7.880% Bond | A | Interest | | | Sold | 06/07/17 | K | | |
| 66. -Newell Rubbermaid Inc 2.050% Bond | B | Interest | | | Redeemed | 12/01/17 | L | | |
| 67. -Nasdaq Omx Group 5.25% Bond | B | Interest | | | Redeemed | 05/26/17 | K | | |
| 68. -AT & T Inc 5.5% Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ford Motor Credit 5% Bond | B | Interest | | | Sold | 11/16/17 | L | | |
| 70. -Owens-Illnois Inc 7.8% Bond | B | Interest | K | T | | | | | |
| 71. -Bank of America Corp 5.49% Bond | B | Interest | K | T | | | | | |
| 72. -Diamond Offshore Drill 5.875% due 5/1/19 | A | Interest | | | Sold | 06/12/17 | K | | |
| 73. -Dun & Bradstreet Corp 3.250% due 12/1/17 | A | Interest | | | Sold | 11/16/17 | K | | |
| 74. -General Motors 4.75% due 8/15/17 | A | Interest | | | Redeemed | 08/15/17 | K | | |
| 75. -Goldman Sachs Group Inc 6.150% Due 4/1/18 | B | Interest | K | T | | | | | |
| 76. -Ingersoll-Rand Co 6.875% due 8/15/18 | C | Interest | L | T | | | | | |
| 77. -Qwest (Centurylink) 6.5% due 6/1/17 | A | Interest | | | Redeemed | 05/04/17 | K | | |
| 78. -Starwood Hotes & Resort 6.750% Due 5/15/18 | B | Interest | K | T | | | | | |
| 79. -Toll Brothers 4% due 12/31/18 | B | Interest | | | Sold | 11/20/17 | K | | |
| 80. -Legg Mason ClearBridge Fdmtl All CP Value Fund Cl A | A | Dividend | | | Sold | 05/16/17 | K | D | |
| 81. -First TR Exchange Traded FD Dow Jones | B | Dividend | L | T | Buy (add'l) | 05/16/17 | J | | |
| 82. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 83. | | | | | Buy (add'l) | 06/07/17 | K | | |
| 84. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 85. -Ishares TR Russell Mid-Cap ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Ishares TR S&P Small-Cap 600 Growth | A | Dividend | K | T | | | | | |
| 87.  -Actavis Funding SCS 2.35% | B | Interest | L | T | | | | | |
| 88.  -Amgen Inc 4.5% | A | Interest | | | Sold | 06/07/17 | L | | |
| 89.  -Blackrock Global Allocation I (MALOX) | C | Dividend | L | T | | | | | |
| 90.  -Cit Group Inc 5% | A | Interest | | | Redeemed | 05/15/17 | K | | |
| 91.  -Clearbridge Energy MLP FD Inc (CEM) | B | Dividend | J | T | Buy (add'l) | 05/19/17 | J | | |
| 92.  -Clearbridge Energy MLP OPP FD (EMO) | A | Dividend | J | T | | | | | |
| 93.  -Cons Discret Sel Sect Spdr Fd (XLY) | A | Dividend | K | T | | | | | |
| 94.  -Goldman Sachs MLP Energy (GER) | A | Dividend | J | T | | | | | |
| 95.  -Healthcare Sel Sec Spdr FD (XLV) | | None | | | Sold | 01/25/17 | J | | |
| 96.  -Ishares Russell 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 97. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 98.  -National City Corp Sub Note 6.875% | A | Interest | | | Sold | 06/12/17 | K | | |
| 99.  -Principal Preferred Sec Inst (PPSIX) | C | Dividend | L | T | | | | | |
| 100.  -SPDR Trust Series 1 (SPY) | D | Dividend | N | T | Buy (add'l) | 01/25/17 | K | | |
| 101. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 102. | | | | | Buy (add'l) | 05/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/19/17 | K | | |
| 104. | | | | | Buy (add'l) | 05/22/17 | K | | |
| 105. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 106. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 107. -Technology Sel Sec SPDR FD (XLK) | A | Dividend | K | T | | | | | |
| 108. -Van Eck Emerging Markets A (GBFAX) | A | Dividend | | | Sold | 01/04/17 | L | C | |
| 109. -Yum! Brands Inc | A | Interest | | | Sold | 06/07/17 | K | | |
| 110. -Telsa Motors Inc (TSLA) | | None | L | T | | | | | |
| 111. - Ishares Core High Dividend ETF (HDV) | C | Dividend | L | T | | | | | |
| 112. -Select Sector SPDR TD ETF (XLRE) | A | Dividend | | | Sold | 05/16/17 | J | | |
| 113. -Vanguard Dividend Appreciation (VIG) | B | Dividend | L | T | | | | | |
| 114. -Doubleline Core Fixed Inc (DBLFX) | B | Dividend | M | T | Buy (add'l) | 02/13/17 | K | | |
| 115. | | | | | Buy (add'l) | 06/12/17 | K | | |
| 116. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 117. | | | | | Buy (add'l) | 11/16/17 | K | | |
| 118. -A T&T 5.875% | B | Interest | K | T | | | | | |
| 119. -Van Eck Emerging Markets Y (EMRYX) | B | Dividend | M | T | Buy | 01/04/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 121. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 122. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 123. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 124. -Alerian MLP ETF (AMLP) | B | Dividend | K | T | Buy | 01/25/17 | K | | |
| 125. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 126. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 127. -Doubleline Income Solutions (DSL) | B | Dividend | K | T | Buy | 05/22/17 | K | | |
| 128. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 129. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 130. -Blockrock Strategic Inc (BSIIX) | B | Dividend | L | T | Buy | 06/07/17 | L | | |
| 131. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 132. | | | | | Buy (add'l) | 11/16/17 | K | | |
| 133. -Templeton Global BD FD (TBGAX) | B | Dividend | K | T | Buy | 05/16/17 | K | | |
| 134. -SPDR S&P Biotech (XBI) | A | Dividend | K | T | Buy | 07/18/17 | J | | |
| 135. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 136. -Principal Midcap Instl (PCBIX) | C | Dividend | L | T | Buy | 05/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 138. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 139. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 140. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 141. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 142. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 143. Morgan Stanely IRA # 2 (H) | | | | | | | | | |
| 144. -MFS Total Return Fund A | A | Interest | J | T | | | | | |
| 145. -Legg Mason ClearBridge Fdmtl AL CP Value Fund Cl A | C | Dividend | K | T | | | | | |
| 146. -Alcoa Inc NT 6.75% 7/15/18 | A | Interest | | | Redeemed | 06/19/17 | J | | |
| 147. -Bank Deposit Program | A | Interest | J | T | | | | | |
| 148. Morgan Stanley IRA # 3 (H) | | | | | | | | | |
| 149. -Guggenheim BRIC ETF | A | Dividend | J | T | Sold (part) | 03/28/17 | J | | |
| 150. -Powershares QQQ Nasdaq 100 | A | Dividend | K | T | Sold (part) | 03/28/17 | J | A | |
| 151. -iShares S&P 500/Barr Growth | A | Dividend | K | T | Sold (part) | 03/28/17 | J | A | |
| 152. -iShares S&P Global 100 | A | Dividend | J | T | Sold (part) | 03/28/17 | J | A | |
| 153. - Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 11/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jeffrey S. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544